IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 20-cv-01256-RBJ | Date: October 1, 2020 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JANE DOE, S.N. | *John Halepaska* |
| | *Joseph Riegerix* |
| | *Steve Roberts* |
| **Plaintiff** | |
| v. | |
| KROGER CO. | *Joseph Okon* |
| | *Katie Johnson* |
| **Defendant** | |

## COURTROOM MINUTES

**TELEPHONE ORAL ARGUMENT**

Court in Session: 9:01 a.m.

Appearance of counsel – all participants present via telephone.

Argument given on pending motion with questions from the Court.

**10:47 a.m.**     **Court in recess.**
**10:59 a.m.**     **Court in session.**

Continued argument on pending motion with questions from the Court.

**ORDERED:**     **[32] Motion to Dismiss is GRANTED as to vicarious liability, intentional infliction of emotional distress, negligent hiring, negligent training, breach of fiduciary duty, and civil conspiracy and DENIED as to negligent supervision and negligent retention, as stated on the record.**

Court in Recess: 11:55 a.m.          Hearing concluded.          Total time in Court: 02:42