IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No.: 1:20-cv-01256-RMR

**JANE DOE**

    **S.N.**,

    Plaintiff

    ,

v.

**DILLON COMPANIES, LLC, D/B/A KING**

    **SOOPERS**,

    Defendant.

---

### JOINTLY FILED MOTION TO RESTRICT PLAINTIFF'S PROPOSED SECOND AMENDED COMPLAINT

---

Parties request that Plaintiff's Second Amended Complaint [Doc. 64-1 and 64-2] filed with PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT [Doc. 64], filed on July 13, 2021, be restricted.  These documents are being sought to be restricted to <u>Level 1</u> [access to the Court and parties only].  Due to confidentiality interests of employees, Defendant produced personnel files subject to the parties' Stipulated Protective Order [Doc. 30].  Plaintiff included as an allegation in the proposed second amended complaint ¶ 102 an image of a document from a personnel file stamped as confidential. These documents are filed with the Court to set forth the allegations Plaintiff is making.  No alternative to restriction is practicable, as Plaintiff opted to include the image of the confidential document in her complaint.

There is not a public interest in making these documents public, whereas there is a private interest in keeping them restricted. *See Martinelli v. Dist. Court of Denver*, 199 Colo. 163, 173, 612 P.2d 1083, 1091 (1980) (employee privacy interests in personnel files).

Dated this 15th day of July, 2021.

        *s/ Steve Roberts*

        _____
Steve Roberts
Law Office of Steve Roberts, LLC
100 Fillmore Street, 5th Floor
Denver, Colorado 80206
Phone: (720)515-7058
Fax: (303)484-2022
sroberts@coloradorobertslaw.com

## CERTIFICATE OF MAILING

 I HEREBY CERTIFY that on this 15th day of July, 2021, a true and correct copy of the above and foregoing **JOINTLY FILED MOTION TO RESTRICT PLAINTIFF'S PROPOSED SECOND AMENDED COMPLAINT** was electronically disclosed via email, addressed to:

*Counsel for Defendant*
Katie B. Johnson
Joseph E. Okon
Sutton | Booker P.C.
4949 S. Syracuse, Suite 500
Denver, Colorado 80237
Telephone: 303-730-6204
Facsimile: 303-730-6208
E-Mail: kjohnson@suttonbooker.com
jokon@suttonbooker.com

                                                   */s/Steve Roberts*
                                                   Steve Roberts, Esq. #41944

      Pursuant to C.R.C.P. 121, §1-26(9), the original of this document with original signature(s)  will be maintained at the Law Office of Steve Roberts, LLC, 100 Fillmore, 5th Floor, Denver, Colorado 80206, and will be made available for inspection by other parties or the Court upon request.